# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00683-CV

**Save Our Springs Alliance, Appellant**

**v.**

**City of Dripping Springs; Todd Purcell, in his Official Capacity as Mayor of the City of Dripping Springs; and Mak Foster Ranch, L.P., Appellees**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 207TH JUDICIAL DISTRICT NO. 02-1748, HONORABLE JACK H. ROBISON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Save Our Springs Alliance (SOS) has moved to abate the proceedings in this appeal. Although SOS filed for bankruptcy protection, this appeal proceeded under a lift of the automatic stay by the bankruptcy court (*In re Save Our Springs Alliance, Inc.*, No. 07010642-FM, United States Bankruptcy Court, Western District of Texas, Austin Division, Chapter 11). That court has now approved a settlement agreement between SOS and Mak Foster Ranch, L.P. Part of that agreement requires an abatement of this case for the parties to complete certain conditions precedent before a dismissal of SOS's claims against Mak Foster Ranch. We grant the motion to abate. SOS should file a status report thirty days after the date of this opinion informing the Court about the progress made toward fulfilling the conditions precedent. At that time, SOS should also

inform us concerning the effect, if any, of the bankruptcy settlements[1] on SOS's claims against the

City of Dripping Springs and Todd Purcell in his capacity as mayor.[2]

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Abated

Filed:   December 7, 2007

_____

[1] SOS has dismissed its claims against Cypress-Hays, L.P., who is no longer a party to this case.  *See Save Our Springs Alliance v. City of Dripping Springs*, No. 03-04-683-CV, slip. op., (Tex. App.—Austin Dec. 7, 2007) (order).

[2] SOS has also filed a motion to expedite our ruling on the motion to abate.  Inasmuch as the certificate of conference on the motion to abate noted that counsel for the City of Dripping Springs and Todd Purcell did not agree to the motion to abate, we waited until the expiration of the ten-day response period.  *See* Tex. R. App. P. 10.3(a).  No response indicating a reason for opposition has been filed.  As we are now ruling on the motion to abate, the motion to expedite is dismissed as moot.

2